UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

      Plaintiff,                    Criminal No. 07-354-01

  v.                              :

DIPIL PATEL                       **O R D E R**

      Defendant.                    :


This matter having come before the Court by way of a motion by the defendant for early termination of probation;

It is on this **16th** day of **February, 2012** hereby ORDERED that this motion is denied.


                                <u>s/Susan D. Wigenton</u>
                                SUSAN D. WIGENTON
                                United States District Judge